No. 04–8673. BURRELL v. ANDERSON COUNTY CRIMINAL COURT ET AL. C. A. 6th Cir. Certiorari denied.

No. 04–8674. BILLUPS v. BENNETT ET AL. C. A. 4th Cir. Certiorari denied.

No. 04–8675. BROWN v. TRINITY INDUSTRIAL. C. A. 5th Cir. Certiorari denied.

No. 04–8677. SMITH v. FISCHER, SUPERINTENDENT, SING SING CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 04–8679. WRIGHT v. MISSISSIPPI. Sup. Ct. Miss. Certiorari denied.

No. 04–8680. TORRES v. MOON ET AL. C. A. 9th Cir. Certiorari denied.

No. 04–8681. VALDIVIA v. SCRIBNER, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 04–8682. TAPIA-ORTIZ v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 04–8684. YEATS v. SANDOVAL, ATTORNEY GENERAL OF NEVADA. C. A. 9th Cir. Certiorari denied.

No. 04–8685. WADE v. TEXAS. Ct. App. Tex., 2d Dist. Certiorari denied.

No. 04–8687. COOPER v. JOHNSON, WARDEN, ET AL. C. A. 3d Cir. Certiorari denied.

No. 04–8688. CADOGAN v. RENICO, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 04–8689. CARTER v. CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 04–8690. EBERHART v. MITCHELL, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 04–8694. RODRIGUEZ v. CASTRO, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 04–8695. WILLIAMS v. BRANCH BANKING & TRUST CO. ET AL. Sup. Ct. Va. Certiorari denied.